IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| JAMES KING and KAREN KING | PLAINTIFFS |
| VS. | CIVIL ACTION NO. **1:03cv830** |
| BOMBARDIER CAPITAL INC. | DEFENDANT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Mississippi Rules of Civil Procedure, the Plaintiffs, James King and Karen King, and the Defendant, Bombardier Capital Inc., by and through their counsel of record, hereby stipulate to the dismissal with prejudice of the above styled and numbered cause of action. The parties further stipulate that each will bear their own respective costs.

THIS the 11th day of February 2005.

JAMES KING AND KAREN KING

By: _____
Thomas M. Matthews, III (MSB # 100769)
116 W. College Avenue
Wiggins, MS  39577

BOMBARDIER CAPITAL INC.

By: _____
William H. Leech (MSB # 1175)
David A. Norris (MSB # 100616)
McGlinchey Stafford, PLLC
P. O. Box 22949
Jackson, Mississippi  39225